IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KEVIN SULLIVAN, | ) | Case No. 8:10CV316 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| CITY OF BELLEVUE, NEBRASKA, | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by George E. Martin III, counsel for Defendant,

**IT IS ORDERED:**

1. On or before **May 16, 2011,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice.

Dated this 18th day of April 2011.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge