# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **KEVIN SULLIVAN,** | ) | **CASE NO. 8:10CV316** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **ORDER AND** |
| | ) | **FINAL JUDGMENT** |
| **CITY OF BELLEVUE, NEBRASKA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Unopposed Motion to Dismiss (Filing No. 27) filed by Plaintiff Kevin Sullivan.  Under Federal Rule of Civil Procedure 41(a)(2) the Court finds the motion should be granted and the action should be dismissed with prejudice. The parties will bear their own costs and attorney fees.  Accordingly,

IT IS ORDERED:

1.      Plaintiff's Motion to Dismiss (Filing No. 27) is granted;

2.      This case is dismissed with prejudice; and

3.      The parties will bear their own costs and attorney fees.

DATED this 29th day of April, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge